Kevin J. Patariu, Bar No. 256755
KPatariu@perkinscoie.com
John D. Esterhay, Bar No. 282330
JEsterhay@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile:  +1.858.720.5799

Additional Attorneys Listed Below

*Attorneys for Plaintiff*
*Shenzhen Carku Technology Co., Ltd.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shenzhen Carku Technology Co., Ltd., | Case No. 2:22-cv-08471-HDV-KS |
|     Plaintiff and Counterclaim Defendant, | **PLAINTIFF'S NOTICE OF JOINT STIPULATION PURSUANT TO L.R. 37 RE: SUPPLEMENTING PROTECTIVE ORDER** |
|     v. | |
| Pilot, Inc., | **Date**: August 9, 2023<br>**Time**: 10:00 AM<br>**Courtroom**: 5B, 5th Floor |
|     Defendant and Counterclaim Plaintiff. | Judge:    Hon. Hernán D. Vera<br>Magistrate: Hon. Karen L. Stevenson |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 9, 2023, at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 580, 255 E. Temple St., 5th Fl., Los Angeles, CA, 90012, Plaintiff and Counterclaim-Defendant Shenzhen Carku Technology Co., Ltd. ("Carku"), will and hereby does respectively move this Court for an order supplementing the existing Protective Order in this action.

This Motion is made on the grounds that the protective order in this case should adopt the heightened source code provisions and a patent prosecution bar as reflected in the Northern District of California Model Patent Rules.

This Motion is based on this Notice of Motion, the concurrently-filed Joint Stipulation re Supplementing Protective Order, all pleadings and documents on file in this case, and such other materials or arguments as the Court may consider.

DATED:  July 14, 2023

**PERKINS COIE LLP**

By: */s/ John D. Esterhay*
Kevin J. Patariu, Bar No. 256755
KPatariu@perkinscoie.com
John D. Esterhay, Bar No. 282330
JEsterhay@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Oliver M. Gold, Bar No. 279033
OGold@perkinscoie.com
1888 Century Park E., Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-3291
Facsimile: (310) 788-3399

Heath L. Hyatt (*Pro Hac Vice*)
HHyatt@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-3843
Facsimile: (206) 359-4843

*Attorneys for Plaintiff*
*Shenzhen Carku Technology Co., Ltd.*