**SHERIDAN ROSS P.C.**
1560 BROADWAY, SUITE 1200
DENVER, CO 80202
(303) 863-9700

**\*\*NOTE CHANGES BY COURT:
TIME OF HEARING AND ALL
PARTIES TO APPEAR VIA
ZOOM VTC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Shenzhen Carku Technology Co., Ltd., | Case No. 2:22-cv-08471-HDV-KS |
|        Plaintiff and Counterclaim-Defendant, | **ORDER GRANTING JOINT REQUEST TO APPEAR BY VIDEO OR IN THE ALTERNATIVE BY TELEPHONE RE: PLAINTIFF'S NOTICE OF JOINT STIPULATION PURSUANT TO L.R. 37 RE: SUPPLEMENTING PROTECTIVE ORDER** |
|     v. | |
| Pilot, Inc., | |
|        Defendant and Counterclaim-Plaintiff. | |

**HEARING DATE: August 9, 2023
TIME: *10:30 AM*
CTRM: 580, 5th Floor**

**Judge:     Hon.  Hernán D. Vera
Magistrate: Hon. Karen L. Stevenson**

This action came on for hearing before the Court on February 10, 2023, before the Court on the Joint Request To Appear by Video or in the Alternative by Phone Re: Plaintiff's Notice Of Joint Stipulation Pursuant To L.R. 37 Re: Supplementing Protective Order Plaintiff and Counterclaim-Defendant Shenzhen Carku Technology Co., Ltd. ("Carku") and Defendant and Counterclaim-Plaintiff Pilot, Inc., ("Pilot").

***The Court HEREBY ORDERS THAT the request is GRANTED AND ALL COUNSEL may appear by videoconference for the 10:30 AM, August 9, 2023*** hearing  on  Plaintiff's  Notice  Of  Joint  Stipulation  Pursuant  To  L.R.  37  Re:

-1-

163268320.1

Supplementing Protective Order (ECF No. 49) using the login information on the Court's webpage. **THE ZOOM VIDEO-TELEPHONIC CONFERENCE LOG-IN INFORMATION WILL BE EMAILED TO THE PARTICIPATING PARTIES.**

Dated: __August 4, 2023__

Hon. Karen L. Stevenson
Chief United States Magistrate
Judge

SHERIDAN ROSS P.C.
1560 BROADWAY, SUITE 1200
DENVER, CO 80202
(303) 863-9700

-2-

163268320.1